IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CORY LAMAR ELLIS, #205 307, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-84-WHA |
| | ) | [WO] |
| DR. W. RAHMING, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 13, 2017, the Magistrate Judge filed a Recommendation to which no timely objection have been filed. Doc. 14. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendant Rahming's motion to dismiss (Doc. 10) is GRANTED to the extent Defendant seeks dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy prior to filing this case;

2. This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy before seeking relief from this court.

3. No costs are taxed.

Final Judgment will be entered in favor of Defendant.

Done, this 4th day of August 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE